IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES T. CONWAY III,

    Petitioner,

vs.

MARC C. HOUK, Warden,

    Respondent.

Case No.: 2:07-cv-947
Chief District Judge Algenon L. Marbley
Magistrate Judge Kimberly A. Jolson

## ORDER ALLOWING BUDGET TO BE FILED UNDER SEAL

Petitioner, a prisoner sentenced to death by the State of Ohio, has filed a habeas corpus action pursuant to 28 U.S.C § 2254. This matter is before the Court upon Petitioner's Unopposed Motion to File Proposed Budget Under Seal. (ECF No. 198)

Petitioner is indigent, and states that he has prepared a proposed budget, in consultation with Sixth Circuit CJA Budgeting Attorney Dennis Alerding. Petitioner also states that opposing counsel have no objection to this motion.

The Court agrees that budget and fee matters are typically handled ex parte and under seal in order to protect an indigent prisoner's rights to equal protection, due process, and the right to counsel. Accordingly, Petitioner's Motion (ECF No. 198) is **GRANTED**. The Clerk is **DIRECTED** to PERMIT Petitioner to file his proposed budget ex parte and under seal.

**IT IS SO ORDERED.**

ALGENON L. MARBLEY
Chief United States District Judge